UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIOLETTE ISHOO TSACHALIS,

                Plaintiff,

against

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 1535 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

On October 15, 2019, the Court ordered Defendant to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by Tuesday, October 29, 2019. Defendant did not comply with the Court's order.

Defendant is ordered to send the requested courtesy copy to Chambers by **Friday, February 14, 2020**. The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:      New York, New York
             February 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**