UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| VIOLETTE ISHOO TSACHALIS, | |
|---|---|
| Plaintiff, | |
| against | CIVIL ACTION NO.: 19 Civ. 1535 (VSB) (SLC) |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER** |
| Defendant. | |

**SARAH L. CAVE**, United States Magistrate Judge:

On November 7, 2019, the Court granted Plaintiff's request for extension of time to respond to Defendant's motion for judgment on the pleadings to February 3, 2020 (ECF No. 17), with Defendant's reply due by February 24, 2020. (ECF No. 21). Plaintiff has failed to file her response. Accordingly, the Court finds Defendant's motion fully briefed and will issue a report and recommendation as to the motion in due course. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address below.

Dated: New York, New York
February 7, 2020

SO ORDERED

*Sarah Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

**Mail To:** Violette Ishoo Tsachalis
82 Cook Ave.
Yonkers, NY 10701