**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
VIOLETTE ISHOO TSACHALIS,

|  |  |
|---|---|
| Plaintiff, | 19 **CIVIL** 1535 (VSB) (SLC) |
| -against- | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, |  |
| Defendant. |  |

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated May 1, 2020, Magistrate Judge Sarah L. Cave's Report and Recommendation is adopted in its entirety, and the Commissioner' s motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
     May 4, 2020

 

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**

**Deputy Clerk**